IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, a/k/a SEAN W. LEE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:21-CV-02156-SHL-act |
| ) | |
| WILLIAM LEE, Governor of the State ) | |
| of Tennessee, and DAVID RAUSCH, ) | |
| Director of the Tennessee Bureau of ) | |
| Investigation, ) | |
| ) | |
|     Defendants. ) | |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

The Court has ordered this case stayed and administratively closed until thirty days after issuance of the Sixth Circuit's mandate in *Doe v. Lee*, 102 F.4th 330 (6th Cir. 2024). (Dkt. 99.) That mandate issued on August 21, 2024, so the stay will lift and the docket will reopen on September 20, 2024. The Court has given the Parties until that date to "submit a status report addressing the mandate and its impact on the present litigation."

The Parties met and conferred on August 29, 2024. As a result of that conference, as well as prior and subsequent communication, the Parties state as follows:

- Defendants William Lee (sued in his official capacity as Governor of Tennessee) and David Rausch (sued in his official capacity as Director of the Tennessee Bureau of Investigation) wish to move for the Court to dissolve the preliminary injunctions.

- Plaintiff John Doe wishes to amend his complaint to remove Governor Lee as a defendant, retain Director Rausch as a Defendant, and to possibly add additional defendant(s) in their official capacities.

To address those preliminary matters, the Parties have agreed to the following pre-discovery schedule:

- **Motion to Dissolve the Injunction**
  - Defendants will move to dissolve the preliminary injunction by **October 11, 2024**
  - Plaintiff will respond to the motion by **November 12, 2024**
  - Defendants will reply, if any, on or before **November 26, 2024**

- **Complaint Amendment and Motion to Dismiss**
  - Plaintiff will amend his complaint by **October 11, 2024**
  - Defendants will respond to the amended complaint by **November 12, 2024**
  - If Defendants move to dismiss, Plaintiff will respond by **December 10, 2024**
  - If necessary, Defendants will reply by **January 7, 2025**

Should the Court approve this schedule, the Parties see no need for a scheduling conference at this time.

    Respectfully submitted,

    JONATHAN SKRMETTI
    Attorney General and Reporter

    */s/Elizabeth Evan*
    ELIZABETH EVAN (BPR 37770)
    Assistant Attorney General
    Office of the Tennessee Attorney General
    Criminal Appeals Division
    P.O. Box 20207
    Nashville, Tennessee 37202-0207
    Phone: (615) 532-1600
    Fax: (615) 532-4892
    Liz.Evan@ag.tn.gov

    Matthew Dowty (BPR 32078)
    Office of the Tennessee Attorney General
    Senior Assistant Attorney General

        40 S. Main St., Ste 1014
        Memphis, Tennessee 38103
        901-543-9039
        Matthew.Dowty@ag.tn.gov
        *Counsel for Defendants*

        */s/ Howard B. Manis* by EHE w/perm.
        Howard B. Manis
        Yale Manis
        88 Union Suite 200
        Memphis, TN 38103
        (901) 843-3476
        Hmanis@901thefirm.com
        Ymanis@901thefirm.com
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system to the individual listed below this 30th day of August, 2024:

Howard B. Manis
Yale Manis
88 Union Suite 200
Memphis, TN 38103
(901) 843-3476
Hmanis@901thefirm.com
Ymanis@901thefirm.com
*Counsel for Plaintiff*

                                  */s/Elizabeth Evan*
                                  ELIZABETH EVAN
                                  Assistant Attorney General