# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, a/k/a SEAN W. LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:21-cv-2156-SHL-atc |
| ) | |
| DAVID B. RAUSCH, ) | |
| Director of the Tennessee Bureau of ) | |
| Investigation, ) | |
| ) | |
| Defendant. ) | |

## ORDER TO CONSULT AND FILE CERTIFICATE

Before the Court by order of reference[1] is Defendant David B. Rausch's Motion to Take Judicial Notice, filed on November 11, 2024. (ECF No. 105.) The Motion does not contain a certificate of consultation as required by Local Rule 7.2(a)(1)(B). Counsel for Rausch is, therefore, ORDERED to consult with counsel for John Doe as to whether the Motion is opposed or unopposed and file a certificate of consultation stating Doe's position by November 25, 2024.

SO ORDERED this 18th day of November, 2024.

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to ECF No. 13, this case has been referred to the United States Magistrate Judge for management and for all pretrial matters for determination or report and recommendation, as appropriate.